[No. 6702-5-III.   Division Three.   April 3, 1986.]

SANDRA BUCKLEY, *Appellant,* v. W. A. THOMAS, JR., *Respondent.*

Appeal from a judgment of the Superior Court for Columbia County, No. 11403, Jay R. Jones, J., entered September 7, 1984. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and Munson, J.

[No. 6981-8-III.   Division Three.   April 3, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNY G. WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 84-1-50125-1, Robert S. Day, J., entered March 1, 1985. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.

[No. 6980-0-III.   Division Three.   April 3, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. CATARINO ORTEGA, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 84-1-50176-5, Duane E. Taber, J., entered February 5, 1985. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.